[No. 38744-8-I.   Division One.   August 10, 1998.]

DALE E. DRAKE & COMPANY, *Respondent*, v. JOHN M. FLUKE, JR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-05997-7, R. Joseph Wesley, J., entered May 21, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ.

[No. 39167-4-I.   Division One.   August 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PFAFF, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00105-7, Michael E. Rickert, J., entered August 15, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Coleman, J.

[No. 40153-0-I.   Division One.   August 10, 1998.]

THOMAS C. BENIS, ET AL., *Respondents*, v. SHORERIDGE WATER COOPERATIVE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-02549-8, George A. Finkle, J., entered January 3, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 40255-2-I.   Division One.   August 10, 1998.]

*In the Matter of the Marriage of* BLANCHE M. STEBBINS, *Respondent*, and DANIEL ALBERT STEBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-3-00006-8, Kathryn E. Trumbull, J., entered February 26, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Appelwick, JJ.